UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***FILED ELECTRONICALLY***

| | |
|---|---|
| SHERRY BRAY ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-cv-297-RGJ |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA ) | |
| ) | |
| DEFENDANT ) | |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff, Sherry Bray, and Defendant, Life Insurance Company of North America, (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter on May 31, 2019. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit an Agreed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/Robert A. Florio (by DAC with permission) | /s/ David A. Calhoun |
| Robert A. Florio | David A. Calhoun |
| 1500 Story Avenue | Mitzi D. Wyrick |
| Louisville, Kentucky 40206 | WYATT, TARRANT & COMBS, LLP |
| | 500 West Jefferson Street |
| **Counsel for Plaintiff** | Suite 2800 |
| | Louisville, KY  40202-2898 |
| | 502.589.5235 |
| | dcalhoun@wyattfirm.com |
| | |
| | **Counsel for Life Insurance Company of North America** |

61843219.1

2