UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*FILED ELECTRONICALLY*

| | |
|---|---|
| SHERRY BRAY ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-cv-297-RGJ |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA ) | |
| ) | |
| DEFENDANT ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff, Sherry Bray, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Robert A. Florio (by DAC with permission) | /s/ David A. Calhoun |
| Robert A. Florio | David A. Calhoun |
| 1500 Story Avenue | Mitzi D. Wyrick |
| Louisville, Kentucky 40206 | WYATT, TARRANT & COMBS, LLP |
| | 500 West Jefferson Street |
| **Counsel for Plaintiff** | Suite 2800 |
| | Louisville, KY  40202-2898 |
| | 502.589.5235 |
| | dcalhoun@wyattfirm.com |
| | |
| | **Counsel for Life Insurance Company of North America** |

61845630.1